IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALVARO GARCIA and MARISA GARCIA, Individually and as Next Friend of CHRISTIAN GARCIA, Intervenors <br><br> v. <br><br> H&E EQUIPMENT SERVICES, INC., H&E EQUIPMENT SERVICES, LLC and GENIE INDUSTRIES, INC. | § § § § § § § § § § § | CIVIL ACTION NO. <br> 3-09-cv2258-P |

### DEFENDANTS C.F. JORDAN CONSTRUCTION, LLC, C.F. JORDAN RESIDENTIAL OF TEXAS, LLC AND C.F. JORDAN RESIDENTIAL LLC'S DISCLOSURE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants C.F. Jordan Construction, LLC, C.F. Jordan Residential of Texas, LLC and C.F. Jordan Residential LLC (hereinafter collectively "C.F. Jordan"), and in accordance with the Federal Rules of Civil Procedure, files this Disclosure of Interested Persons and certifies that the following entities are financially interested in the outcome of this litigation.

1.  Alvaro Garcia (Intervenor)

2.  Marisa Garcia (Intervenor)

3.  Dallas National Insurance Company f/k/a Dallas Fire Insurance Company (Intervenor)

4.  H&E Equipment, Inc. (Defendant)

5.  H&E Equipment, LLC (Defendant)

6.  Genie Industries, Inc. (Defendant)

7. William E. Reid and Steve Dennis with Reid & Dennis (Intervenor's counsel)

8. Xavier Gonzales (Garcias' counsel)

9. Dan Horn and Jason Melvin (H&E Defendants' counsel)

10. R. Chris Harvey (Attorney for Genie Industries, Inc.)

11. Paul Derks and Thomas W. Fee (C.F. Jordan entities' counsel)

Upon information and belief, C.F. Jordan Construction, LLC is owned by C.F. Jordan Investments, LLP.

Upon information and belief, C.F. Jordan Residential of Texas, LLC is owned by C.F. Jordan Investments, LLP.

Upon information and belief, C.F. Jordan Residential, LLC is owned by C.F. Jordan Investments, LLP.

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, L.L.P**

_____
**PAUL A. DERKS**
State Bar No. 24033927
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100
(972) 934-9200 [Fax]

**ATTORNEY FOR DEFENDANT**
**C. F. JORDAN, L.P.**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing instrument has this 27 day of January, 2010, been served on all parties in this cause of action as follows:

*Via Certified Mail ERR*

Xavier Gonzalez
Law Office of Xavier Gonzalez
1024 North Main Street
Fort Worth, TX  76164-9319

*Via Regular U.S. Mail*
Dan K. Horn
Jason B. Melvin
Maloney, Bean, Horn & Hull, P.C.
511 E. John Carpenter Freeway
Suite 440
Irving, TX  75062

*Via Regular U.S. Mail*
Steve Dennis
Reid & Dennis
5001 Spring Valley Road, Ste. 255 W
Providence Towers, West Tower
Dallas, TX  75244

*Via Regular U.S. Mail*
R. Chris Harvey
Curran Tomko Tarski
2001 Bryan St., Ste. 2050
Dallas, TX  75201

*Via Regular U.S. Mail*
Annette R. Vanicek
The Law Offices of Annette R. Vanicek
1112 East 1st Street
Fort Worth, TX  76102

**PAUL A. DERKS**